# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00549-CV

**Shannon C. Campos, Appellant**

**v.**

**Katherine Campos, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2017-1643D, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shannon C. Campos has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: November 12, 2021